FEBRUARY 5, 1960.

No. 537. COMMUNIST PARTY OF THE UNITED STATES *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. Motion for leave to use as part of the record the printed record heretofore filed with this Court in No. 48, October Term, 1955,

granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *John J. Abt* and *Joseph .Forer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley, Kevin T. Maroney, George B. Searls* and *Frank R. Hunter, Jr.* for respondent.